1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Tina Huynh



GRANTED
Judge Nathanael M. Cousins

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HUYNH, | No.  5:15-cv-05045-NC |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT KING'S SEAFOOD CENTER III, INC., ONLY** |
| vs. | |
| MATTHEW D. MIHOLOVICH, Trustee of the TIKVICA FAMILY TRUST, et al., | |
| Defendants. | |

Notice is hereby given that Plaintiff Tina Huynh ("Plaintiff") has settled the above-captioned matter with Defendant King's Seafood Center III, Inc., only. Plaintiff requests that she be given to and including January 11, 2016 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: December 10, 2015                MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff
                                        Tina Huynh