GRANTED

Judge Nathanael M. Cousins

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff
Tina Huynh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA HUYNH,<br><br>                Plaintiff,<br><br>      vs.<br><br>MATTHEW D. MIHOLOVICH, Trustee of the TIKVICA FAMILY TRUST, et al.,<br><br>                Defendants. | No.   5:15-cv-05045-NC<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Notice is hereby given that Plaintiff Tina Huynh ("Plaintiff") has settled the above-captioned matter with the remaining Defendant Matthew D. Miholovich, Trustee of the Tikvica Family Trust. Plaintiff requests that she be given to and including May 5, 2016 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: April 5, 2016                                      MOORE LAW FIRM, P.C.


                                                                         */s/ Tanya E. Moore*
                                                                         Tanya E. Moore
                                                                         Attorney for Plaintiff
                                                                         Tina Huynh